FILED: June 18, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-5161
(1:10-cr-00078-IMK-1)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

HERBERT DEVAUGHN, a/k/a WOP

  Defendant - Appellant

_____

O R D E R

_____

  The court denies the motion for extension of time to file a petition for rehearing en banc.

        For the Court--By Direction

        /s/ Patricia S. Connor, Clerk